IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANICE HINDMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 11-cv-467-JPG-PMF |
| | ) |
| | ) |
| **RESOURCE SERVICES INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:   September 19, 2011**

                                           **NANCY ROSENSTENGEL, Clerk of Court**

                                           **BY:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **U. S. DISTRICT JUDGE**